# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 2:17CR00003 |
| v. ) | **OPINION AND ORDER** |
| ) | |
| **NICOLE DIANE SHROYER,** ) | By: James P. Jones |
| ) | United States District Judge |
| Defendant. ) | |

*Nicole Diane Shroyer, Pro Se Defendant.*

The defendant, Nicole Diane Shroyer, a federal inmate sentenced by this court, proceeding pro se, has filed a motion for a judicial recommendation that she be placed in a halfway house for six to twelve months preceding her release. For the following reasons, the motion will be denied.

On May 9, 2017, Shroyer was sentenced to a term of imprisonment of twenty-four months for her conviction for conspiracy to provide methamphetamine to a prison inmate, in violation of 18 U.S.C. § 371.

I decline to recommend that the Bureau of Prisons ("BOP") amend the manner in which the defendant serves her sentence. The BOP has exclusive statutory authority over a prisoner's place of imprisonment. 18 U.S.C. § 3621(b); *see also United States v. Swisher*, No. 3:11-CR-67, 2013 U.S. Dist. LEXIS 40190, at *1 (N.D.W. Va. Mar. 22, 2013). While the Second Chance Act expands the

BOP's authority to place prisoners in a halfway house, it does not vest that authority in this court. 18 U.S.C. § 3624(c)(1); *see also United States v. Squire*, No. 3:09-502-JFA, 2012 WL 3848364, at *1 (D.S.C. Sept. 5, 2012). The BOP has sole discretion in deciding whether to place a prisoner in a halfway house, and if so, for how long. *See Woodall v. Fed. Bureau of Prisons*, 432 F.3d 235, 251 (3rd Cir. 2005) (holding that the BOP must analyze the five factors in § 3621(b) and "that the BOP may assign a prisoner to [a halfway house] does not mean that it must"). I believe that the BOP is in the best position to make this determination without advice from the court.

Accordingly, it is hereby **ORDERED** that the defendant's motion (ECF No. 21) is DENIED.

ENTER: October 18, 2017

/s/ James P. Jones
United States District Judge